NOTE: The court has reviewed the objections below and has indicated in highlighting and bolded letters the objections that are sustained. Such objections are sustained in their entirety unless noted otherwise (in which case they are sustained only as to certain portions of the deposition in question, as noted). All other objections overruled. /s/ Richard G. Stearns

*R. Stearns DJ*
*1-26-18.*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 58 SWANSEA MALL DRIVE, LLC,  )<br>  )<br>Plaintiff/Counterclaim Defendant,  )<br>  )<br>v.  )<br>  )<br>GATOR SWANSEA PROPERTY, LLC,  )<br>  )<br>Defendant/Counterclaim Plaintiff.  )<br>_____)  | Civil Action No. 15-cv-13538 |

**DEFENDANT'S OBJECTIONS AND COUNTER DESIGNATIONS
TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

Defendant, Gator Swansea Property, LLC ("Gator"), by and through undersigned counsel, hereby submits its objections and counter deposition designations to the deposition designations submitted by Plaintiff, 58 Swansea Mall Drive, LLC ("58 Swansea") as follows:

**Gabe Wilson/Zurich Corporate Representative**

| 58 Swansea's Designations | Gator's Objection |
|---|---|
| 195:17-197:1 | Relevance; Hearsay; Speculation |

Gator's Counter Designations
200:2-201:25
202:17-21
204:1-9

**Dennis Bachman/Wakefern Corporate Representative**

| 58 Swansea's Designations | Gator's Objections |
|---|---|
| 46:10-14 | Improper Exhibit Testimony; Lack of Foundation |
| 118:4-120:6 | Relevance |
| 119:7-120:2 | Speculation |
| **121:8-22** | **Relevance - as to lines 19-22** |
| 125:23-126:20 | Relevance |

Gator's Counter Designations
8:18-9:19
12:7-25

1

Gator's Counter Designations from Deposition of Robert Richmond/Wakefern Corp. Rep.
5:15-17
11:20-12:17
15:14-17:8
17:22-18:20
23:1-5
24:6-25:25
39:2-18
40:23-41:7
43:10-15
47:9-20
56:23-57:4
57:19-58:9
58:18-59:7
60:17-61:8
64:3-22
65:7-11

Together with the following exhibits, to the extent the same are listed among the Agreed Exhibits or Defendant's Exhibits (CA-JH), Exhibits 6, 8, 9 and 10.

**Marc Shandler**

| 58 Swansea's Designations | Gator's Objections |
|---|---|
| 46:21-51:21 | Attorney/Client Privilege; Work Product Privilege; Relevance; Lack of Foundation; Improper Exhibit Testimony |
| 55:23-57:20 | Attorney/Client Privilege; Work Product Privilege; Relevance; Lack of Foundation; Improper Exhibit Testimony |
| 60:22-61:7 | Relevance; Hearsay; Improper Exhibit Testimony |
| 62:24-63:12 | Relevance; Hearsay; Improper Exhibit Testimony |
| 96:4-8 | Hearsay; Improper Exhibit Testimony; Lack of Foundation |

Gator's Counter Designations
42:19-46:3
96:15-22

**Mike Marcone/Marcone Capital, Inc.**

| 58 Swansea's Designations | Gator's Objections |
|---|---|
| 79:15-21 | Hearsay; Lack of Foundation |
| 80:9-15 | Speculation; Non-responsive |
| 81:7-22 | Speculation; Non-responsive |
| 81:23-82:1 | Lack of Foundation; Improper Expert Testimony |
| 142:4-16 | Speculation; Non-responsive |
| 145:7-18 | Improper Exhibit Testimony; Lack of Foundation |

2

| | |
|---|---|
| 157:13-19 | Hearsay |
| 210:4-13 | Lack of Foundation; Improper Expert Testimony; Speculation; Argumentative |
| 211:4-20 | Speculation; Lack of Foundation; Lack of Qualification |

Gator's Counter Designations
44:21-46:2
85:23-87:2
145:19-146:5
223:7-24

**Coulton Brooks**

| 58 Swansea's Designations | Gator's Objections |
|---|---|
| 79:19-80:16 | Improper Expert Testimony |
| 80:18-81:3 | Speculation; Improper Expert Testimony |
| 81:4-82:5 - as to 81:24-82:5 | Improper Expert Testimony; Calls for Legal Conclusion; Speculation |
| 82:11-83:8 - as to 83:2-8 | Improper Expert Testimony; Calls for Legal Conclusion; Speculation |
| 83:10-84:3 | Improper Expert Testimony; Calls for Legal Conclusion; |
| 87:24-88:21 | Improper Expert Testimony; Calls for Legal Conclusion; Speculation |
| 117:18-120:15 | Improper Designation/Legal Argument by Counsel |
| 123:7-123:20 | Improper Expert Testimony; Calls for Legal Conclusion |
| 124:17-125:6 | Improper Expert Testimony; Calls for Legal Conclusion; Speculation |
| 189:1-11 | Improper Expert Testimony |

Gator's Counter Designations
86:3-87:14
87:23-88:14
125:7-126:9

**James Goldsmith**

| 58 Swansea's Designation | Gator's Objections |
|---|---|
| 20:7-21:5 | Relevance; |
| 21:6-22:23 - as to 21:6-22:7 | Speculation Relevance |
| 31:20-24 | Relevance; Speculation |
| 32:1-33:9 | Relevance; Speculation |
| 33:10-34:19 | Relevance; Speculation |
| 160:24-161:4 | Privilege |
| 161:5-18 | Relevance |
| 166:15-21 | Privilege |
| 171:8-24 | Privilege |
| 172:1-20 | Privilege |

| | |
|---|---|
| 172:21-24 | Argumentative |
| 173:1-5 | Argumentative |
| 173:7-24 | Privilege |
| 174:3-15 | Privilege |
| 176:8-13 | Privilege |
| 176:23-24 | Privilege |
| 177:1-8, 17-21 | Privilege |
| 178:13-24 | Relevance |
| 179:1-8 | Privilege |
| 179:11-18 | Privilege |
| 196:21-24 | Privilege |
| 197:1-14 | Privilege |
| 197:15-20 | Argumentative |
| 197:21-24 | Privilege |
| 198:1-11 | Privilege |
| 198:19:24 | Privilege |
| 199:3-24 | Answered |
| 200:1-3 | Privilege |
| 200:4-10 | Argumentative |

Gator's Counter Designations
168:10-19
169:9-14
188:6-20
189:7-24
190:1-24
191:1-24
192:1-3
193:18-24
194:1-3, 11, 23-24
195:1-5
202:14-24
203:1-11
215:5-13
235:13-24
236:1-5
241:12-242:20
244:7-24
245:8-24
246:1-24
247:12-24
248:1-24
249:1-2

**James Goldsmith 30(b)(6)**

| 58 Swansea's Designations | Gator's Objections |
|---|---|
| 122:20-24 | Privilege |
| 123:1 | Privilege |
| 123:22-24 | Privilege |
| 124:1-2 | Privilege |
| 124:3-24 | Privilege |
| 125:1-10 | Privilege |
| 125:11-24 | Privilege |
| 126:1-24 | Privilege |
| 127:1-24 | Privilege |
| 128:1-13 | Privilege |
| 289:22-24 | Relevance |
| 290:1-24 | Relevance |
| 291:1-24 | Relevance |
| 292:1-11 | Relevance |

Gator's Counter Designations
147:9-24
148:1-18
148:20-24
149:1-22
149:24
150:1-15
156:13-23
157:1-8
292:19-24
293:1-15
294:1-11

Respectfully submitted,

s/Ricardo A. Reyes
Ricardo A. Reyes, FBN 864056
Adrian J. Alvarez, FBN 0040565
TOBIN & REYES, P.A.
Appearing *Pro Hac Vice* for Defendant
Mizner Park Office Tower
225 N. E. Mizner Blvd., Suite 510
Boca Raton, Florida 33432
Phone: (561) 620-0656
Fax:    (561) 620-0657
eservice@tobinreyes.com
rar@tobinreyes.com
aalvarez@tobinreyes.com

Local Counsel:
Sanford F. Remz (BBO #549198)
Anthony B. Fioravanti (BBO# 664823)
YURKO, SALVESEN & REMZ, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108
Telephone: (617) 723-6900
Facsimile: (617) 723-6905

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24, 2018, a true and accurate copy of the foregoing will be served via the ECF system on all counsel of record, and that any counsel not receiving electronic notifications via the ECF system will be served via first class U.S. mail, postage prepaid.

s/Ricardo A. Reyes