NOTE: The court has reviewed the objections below and has indicated in highlighting and bolded letters the objections that are sustained. Such objections are sustained in their entirety unless noted otherwise (in which case they are sustained only as to certain portions of the deposition in question, as noted). All other objections overruled. /s/ Richard G. Stearns

R. h. Stearns DJ
1-26-18.

'UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTTS

| | | |
|---|---|---|
| 58 SWANSEA MALL DRIVE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-cv-13538-RGS |
| | ) | |
| GATOR SWANSEA PROPERTY, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### PLAINTIFF'S REQUEST FOR RULINGS ON OBJECTIONS AND NOTICE OF COUNTER-DESIGNATIONS OF DEPOSITION TESTIMONY

Plaintiff 58 Swansea Mall Drive, LLC ("58 Swansea") respectfully submits this (1) request for rulings on objections, and (2) notice of counter-designations, in response to the deposition designations of Defendant Gator Swansea Property, LLC ("Gator"), as follows:

#### Request for Rulings on Objections

58 Swansea has attached, as Exhibits A through E, pertinent pages from the deposition transcripts marking objected-to testimony and stating the grounds for each objection. Many objections arise from Gator's effort to relitigate issues resolved by this Court at the summary judgment stage.[1] 58 Swansea respectfully requests rulings on the following objections:

---

[1] For example, with respect to insurance, the Court left open for trial an issue about the effect, if any, of Gator raising, after the commencement of this action, an alleged disparity between how insurance proceeds would be paid under the Leasehold Mortgage and how they would be paid under the Ground Lease. The Court foreclosed, however, other insurance issues such as whether 58 Swansea was in default under the Ground Lease because of any alleged gap in insurance coverage or for providing a purportedly false certificate of insurance. *See* 8/25/17 Order at 9-10 ("Gator offers nothing that proves that this default was 'beyond the applicable grace period,'" and none of its cited support "place[d] 58 Swansea on notice of a default, as required by Article 12, Section 1(b)(ii) of the lease," and "Gator thus cannot prevail on this argument."); *id.* at 10 n. ("Gator has offered no evidence suggesting that 58 Swansea knew of the alleged gaps in insurance coverage at the time the certificates were provided.").

*Deposition of Jack Corwin 3-27-17 (objected-to portions attached as <u>Exhibit A</u>)*

<mark>69:8-70:11 Relevance</mark>
<mark>83:12-84:2 Relevance</mark>
<mark>85:9-86:6 Relevance; Lacks Foundation; Hearsay</mark>
93:21-94:22 Relevance; Lacks Foundation; Hearsay
179:1-15 Relevance
<mark>181:24-183:22 Relevance</mark>
189:7-190:2 Relevance
197:1-5 Relevance
210:20-211:12    Relevance
<mark>214:21-215:17    Relevance</mark>
<mark>224:11-225:21 Relevance</mark>

*Deposition of Jack Corwin 3-28-17 (objected-to portions attached as <u>Exhibit B</u>)*

339:6-19 Relevance
341:13-20 Relevance
<mark>669:11-21 Relevance</mark>

*Deposition of Coulton Brooks 11-14-16 (objected-to portions attached as <u>Exhibit C</u>)*

<mark>32:18-33:3 Relevance</mark>
<mark>35:7-36:4 Relevance -- as to lines 35:6-15</mark>
40:7-12 Relevance
104:16-105:15 Relevance
120:17-19 Relevance
<mark>130:4-6 Incomplete, Relevance</mark>
<mark>132:5-20 Relevance, Lacks Foundation</mark>
135:23-136:7 Relevance
136:18-137:17 Relevance
137:22-138:4 Relevance, Lacks Foundation
139:7-23 Relevance
142:2-9 Relevance
142:25-144:18 Relevance
151:9-153:2 Relevance
153:18-156:1 Relevance
156:21 Relevance
157:4-10 Relevance
157:18-158:18 Relevance
<mark>160:3-12 Relevance</mark>
<mark>161:9-13 Relevance, Lacks Foundation</mark>
<mark>161:24-162:12 Relevance</mark>
165:2-22 Relevance
184:18-20 Relevance
188:3-19 Relevance

*Deposition of Coulton Brooks 2-16-17 (objected-to portions attached as **Exhibit D**)*

> 241:7-17 Relevance
> 242:10-15 Relevance
> 267:13-268:7 Relevance
> 269:1-5 Relevance
> ==271:20-24 Relevance==
> ==272:2-273:7 Relevance==

*Deposition of Gabe Wilson 11-17-16 (objected-to portions attached as **Exhibit E**)*

> 37:16-23 Relevance
> ==38:7-25 Relevance==
> ==40:8-10 Relevance==
> ==40:24-25 Relevance==
> 48:3-8 Incomplete
> ==49:25-50:15 Relevance, Incomplete==
> ==50:1-51:3 Relevance, Incomplete==
> 54:1422 Incompressible Citation[2]
> 63:2-2 Incomplete
> 77:25-78 Incompressible Citation
> 78:17-3 Incompressible Citation
> ==80:8-17 Relevance==
> 81:12-84:22 Relevance
> ==85:2-22 Relevance==
> 86:3-17 Relevance
> ==87:8-88:25 Relevance==
> ==90:9-21 Relevance==
> ==91:5-21 Relevance - as to lines 18-21==
> ==92:5 Relevance==
> 93:12-18 Relevance
> 97:15-19 Relevance, Lacks Foundation
> 98:1-4 Relevance, Lacks Foundation
> 98:22-99:5 Relevance, Lacks Foundation
> ==99:24-100:5 Relevance, Lacks Foundation==
> ==100:10-13 Relevance, Lacks Foundation==
> ==100:25-101:24 Relevance, Lacks Foundation==
> 102:12-13 Relevance, Lacks Foundation
> 102:16-17 Relevance, Lacks Foundation

[2] Gator's designations from the Deposition of Gabe Wilson include certain incomprehensible citations including 54:1422, 77:25-78, 78:17-3 to which a further response cannot be formulated. Based on objections to nearby testimony, 58 Swansea raises relevance, lack of foundation and incompleteness objections.

102:20 Relevance, Lacks Foundation
102:22-103:24 Relevance, Lacks Foundation
106:24-107:1 Relevance, Lacks Foundation
**107:17-109:1 Relevance, Lacks Foundation**
**109:8-16 Relevance, Lacks Foundation**
**109:8-19 Relevance, Lacks Foundation**
**109:21-23 Relevance, Lacks Foundation**
**113:13-18 Relevance, Lacks Foundation**
**113:25-114:2 Relevance, Lacks Foundation**
114:6-8 Relevance, Lacks Foundation
114:10-12 Relevance, Lacks Foundation - overrule from
Lines 114:10-16
**114-16-115:4 Relevance, Lacks Foundation -- sustain**
**objection to lines 18-25 and 115:1-4**
115:7-13 Relevance, Lacks Foundation
**117:6-13 Relevance**
123:14-124:9 Relevance
**125:13-126:9, 11 Relevance - sustain as to 126:7-11**
**127:22-128:24 Relevance - sustain as to 127:23-25,**
**128:1-8**
129:5 Relevance
129:14-17 Relevance
129:22-130:1 Relevance
**131:19-132:13 Relevance**
**133:5-8 Relevance**
141:6-10 Relevance, Lacks Foundation
147:20-148:23 Relevance
**151:19 Relevance**
**153:8-12 Relevance**
153:25-154:5 Relevance
**160:22-161:22 Relevance - sustain as to 161:15-22**
162:1-164:5 Relevance
164:10-19 Relevance
165:1-9 Relevance
165:21-24 Relevance
173:6 Relevance
**173:14-175:14 Relevance - sustain as to 175:9-14**
**175:19-25 Relevance, Lacks Foundation - sustain as to**
**lines 175:19-21**
176:1 Relevance
176:22-177:10 Relevance
177:14-24 Relevance
**178:12-18 Relevance**

*References to Deposition Exhibits*

- 4 -

58 Swansea objects to each of the exhibit designations made by Gator in connection with its deposition designations as improper. These vague and ambiguous designations are contrary to the Order of the Court that established a separate schedule for the marking and submission of agreed-upon and objected-to trial exhibits

## Counter-Designations

By way of counter-designations in response to Gator's deposition designations, 58

Swansea incorporates by reference its own deposition designations filed January 19, 2018 and

provides additional counter-designations as follows:

### *Deposition of Jack Corwin 3-27-17*

72:10-16
72:19-24
95:18-96:10
100:8-13
105:23-106:15
111:4-14
114:7-19
117:12-23
119:12-22
127:14-128:2
177:24-25
188:16-25
202:9-10

### *Deposition of Jack Corwin 3-28-17*

618:5-7
620:24-621:10
627:7-19
666:20-667:7

### *Deposition of Coulton Brooks 11-14-16*

67:5-24
73:13-75:22
78:21-81:23
107:21-108:9
113:2-9
116:4-11
124:8-125:6

*Deposition of Coulton Brooks 2-16-17*

    238:12-20
    240:7-9
    240:19-23
    244:2-246:12
    252:7-14
    253:5-22
    262:24-263:12
    280:5-281:4
    282:14-283:5
    285:5-12
    288:9-289:5
    289:9-289:15

*Deposition of Gabe Wilson 11-17-16*

    46:3-10
    52:6-13
    52:15-53:3
    69:13-16
    77:6-17
    136:24-137:14
    146:16
    185:1-25
    187:7-20
    189:10-25
    190:9-15
    193:10-16
    202:1-10
    216:5-21

*Deposition of Mike Marcone 2-24-17*

    15:8-16:6
    17:3-9
    33:19-34:7
    40:19-25
    43:8-44:5
    48:5-17
    59:1-7
    60:10-18
    74:5-8
    74:15-75:1
    79:3-21
    80:9-81:5

87:3-18
98:21-99:12
101:22-102:9
103:5-10
109:23-110:21
120:9-122:2
135:5-21
137:24-138:18
143:9-144:10
145:13-23
150:17-22
154:3-13
157:20-158:12
161:8-20
169:6-15
170:5-16
215:8-18
226:13-227:4
237:9-238:11
239:8-20

Respectfully submitted,

58 SWANSEA MALL DRIVE, LLC

By his attorney,

Dated: January 24, 2017

/s/ Barry S. Pollack
Barry S. Pollack (BBO # 642064)
Pollack Solomon Duffy LLP
101 Huntington Avenue  Suite 530
Boston, MA 02199
617-439-9800
Email: bpollack@psdfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 24, 2018.

/s/ Barry S. Pollack
Barry S. Pollack (BBO #642064)