NOTE: The court has reviewed the objections below and has indicated in highlighting and bolded letters the objections that are sustained. Such objections are sustained in their entirety unless noted otherwise (in which case they are sustained only as to certain portions of the deposition in question, as noted). All other objections overruled. /s/ Richard G. Stearns

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTTS

*R/y Stearns DJ*
*1-29-18.*

58 SWANSEA MALL DRIVE, LLC, )
)
Plaintiff, )
)
v. ) Civil Action No. 15-cv-13538-RGS
)
GATOR SWANSEA PROPERTY, LLC )
)
Defendant. )

**PLAINTIFF'S REQUEST FOR RULINGS ON OBJECTIONS TO DEFENDANT'S COUNTER-DESIGNATIONS AND NOTICE OF COUNTER-COUNTER-DESIGNATIONS OF DEPOSITION TESTIMONY**

Plaintiff 58 Swansea Mall Drive, LLC ("58 Swansea") respectfully submits this (1) request for rulings on objections to the counter-designations made by Defendant Gator Swansea Property, LLC ("Gator"), and (2) notice of counter-counter-designations, in response to the counter-designations of Gator, as follows:

**Request for Rulings on Objections to Gator's Counter-Designations**

58 Swansea has attached, as Exhibits A through D, pertinent pages from the deposition transcripts marking objected-to testimony from Gator's counter-designations and stating the grounds for each objection. 58 Swansea respectfully requests rulings on the following objections:

*Deposition of Gabe Wilson / Zurich Representative (objected-to portions attached as Exhibit A)*

200:2-201:25 Lacks Foundation, Relevance

*Deposition of Robert Richmond / Wakefern Representative (objected-to portions attached as Exhibit B)*

39:15-18 Relevance as to Timeframe
40:23-41:7 Relevance as to Timeframe

    43:10-15 Relevance as to Timeframe
    47:9-20 Relevance as to Timeframe
    56:23-57:4 Relevance as to Timeframe
    57:19-58:9 Hearsay
    60:17-61:8 Hearsay
    64:3-22 Hearsay
    65:7-11 Hearsay

***Deposition of James Goldsmith (objected-to portions attached as <u>Exhibit C</u>)***

    189:7-24 Incomplete
    194:11 Incomplete
    215:5-13 Improper Partial Waiver of Privilege (*see* 215:14-217:24)
    241:24-242:20 Lacks Foundation
    244:12-24 Lacks Foundation

***Deposition of James Goldsmith / Gator Representative (objected-to portions attached as <u>Exhibit D</u>)***

    148:11-18 Non-Responsive, Relevance
    156:13-24 Non-Responsive, Relevance
    294:1-11 Incomplete

### Counter-Counter-Designations

By way of counter-counter-designations in response to Gator's counter-designations, 58 Swansea incorporates by reference its own deposition designations filed January 19, 2018 and its own counter-designations filed January 24, 2018, and provides additional counter-counter-designations as follows:

***Deposition of Robert Richmond / Wakefern Representative***

    47:23-48:3

***Deposition of James Goldsmith***

    194:12-22
    195:6-202:13
    203:12-24
    236:6-239:15
    247:1-11

*Deposition of James Goldsmith / Gator Representative*

    157:9-13
    294:12-295:4
    295:22-298:16

                                  Respectfully submitted,

                                  58 SWANSEA MALL DRIVE, LLC

                                  By his attorney,

Dated: January 26, 2017              /s/ Peter J. Duffy
                                  Barry S. Pollack (BBO # 642064)
                                  Peter J. Duffy (BBO # 566682)
                                  Pollack Solomon Duffy LLP
                                  101 Huntington Avenue Suite 530
                                  Boston, MA 02199
                                  617-439-9800
                                  Email: pduffy@psdfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 26, 2018.

                                        /s/ Peter J. Duffy
                                        Peter J. Duffy (BBO # 566682)