NOTE: The court has reviewed the objections below and has indicated in highlighting and bolded letters the objections that are sustained. Such objections are sustained in their entirety unless noted otherwise (in which case they are sustained only as to certain portions of the deposition in question, as noted). All other objections overruled. /s/ Richard G. Stearns

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 58 SWANSEA MALL DRIVE, LLC,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>GATOR SWANSEA PROPERTY, LLC,<br><br>Defendant/Counterclaim Plaintiff. | Civil Action No. 15-cv-13538 |

### DEFENDANT'S OBJECTIONS AND COUNTER-COUNTER DESIGNATIONS TO PLAINTIFF'S COUNTER DEPOSITION DESIGNATIONS AND REQUEST FOR RULING ON OBJECTIONS

Defendant, Gator Swansea Property, LLC ("Gator"), by and through undersigned counsel, hereby submits its objections and counter-counter deposition designations to the counter deposition designations submitted by Plaintiff, 58 Swansea Mall Drive, LLC ("58 Swansea"). Gator also submits this request for rulings on its objections to the counter deposition designations of Plaintiff, 58 Swansea Mall Drive, LLC, as set forth in herein. Gator has attached hereto, as Exhibits A through E, pertinent pages from the deposition transcripts marking objected-to testimony and stating the grounds for each objection.[1]

---

[1] Gator has used the following legend to identify the abbreviated objections stated in the attached (all other objections are fully stated):
    H    Hearsay
    S    Speculation
    LF    Lack of Foundation
    N-R    Non-responsive
    LC    Calls for Legal Conclusion

1

## Gator's Objections and Counter-Counter Designations
## to 58 Swansea's Counter-Designation

**Jack Corwin 3-27-17**

| 58 Swansea's Counter-Designations | Gator's Objection |
|---|---|
| 95:18-96:10 | Non-Responsive |

Gator's Counter-Counter Designations
97:15-98:11
106:16-107:2
114:20-115:5
118:5-10
128:3-130:10
173:12-15
174:7-176:4
189:1-6
202:20-203:1

**Jack Corwin 3-28-17**

| 58 Swansea's Counter-Designations | Gator's Objections |
|---|---|
| None | None |

Gator's Counter-Counter Designations
271:2-11
285:10-13
286:20-25
294:11-16
314:4-25
315:1-6
320:25
321:1-13
322:7-25
334:25-336:12
627:20-629:1

**Coulton Brooks 11-14-16**

| 58 Swansea's Counter-Designations | Gator's Objections |
|---|---|
| 67:7-24 | Speculation |
| 73:25-74:13 | Improper Expert Testimony |
| 74:18-75:22 | Calls for Legal Conclusion |
| 79:19-80:16 | Improper Expert Testimony - already decided |
| 80:18-81:3 | Improper Expert Testimony, Speculation Improper Expert Testimony - already decided |
| 81:4-23 | Calls for Legal Conclusion, Speculation - already decided |
| 107:21-108:9 | Calls for Legal Conclusion |
| 116:4-11 | Improper Expert Testimony |

2

| | |
|---|---|
| 124:17-125:6 | Improper Expert Testimony, Calls for Legal Conclusion, Speculation - <u>already decided</u> |

Gator's Counter-Counter Designations
125:7-126:9

**Coulton Brooks 2-16-17**

| 58 Swansea's Counter-Designations | Gator's Objections |
|---|---|
| 240:7-9 | Improper Expert Testimony |
| 244:14-18 | Calls for Legal Conclusion |
| 245:11-14 | Calls for Legal Conclusion |
| 246:8-12 | Improper Expert Testimony, Calls for Legal Conclusion |
| 252:7-14 | Speculation |
| 253:5-9 | Speculation |
| 253:17-22 | Speculation, Hearsay |
| 282:14-283:5 | Speculation |
| 288:9-23 | Speculation |

Gator's Counter-Counter Designations
263:13-15
281:6-15

**Gabe Wilson 11-17-16**

| 58 Swansea's Counter- Designation | Gator's Objections |
|---|---|
| 52:6-53:3 | Speculation |
| 69:13-16 | Calls for Legal Conclusion, Speculation |
| 136:24-137:14 | Incomplete w/o Exhibit, Hearsay |
| 146:16 | Incomplete/Incomprehensible Designation |
| 185:1-12 | Speculation |
| 185:14-25 | Improper Expert Testimony, Speculation, Relevance |
| 187:7-20 | Speculation, Relevance |
| 187:7-9 | Hearsay |
| 189:17-25 | Improper Expert Testimony, Speculation |
| 202:1-10 | Speculation |
| 216:5-15 | Speculation |

Gator's Counter-Counter Designations
77:19-24
193:17-19

**Mike Marcone 2-24-17**

| 58 Swansea's Counter- Designations | Gator's Objections |
|---|---|
| 79:15-21 | Hearsay; Lack of Foundation - <u>already decided</u> |
| 80:9-15 | Speculation; Non-responsive - <u>already decided</u> |
| 98:21-99:12 | Speculation; Non-responsive |

3

| | |
|---|---|
| 109:23-110:21 | Hearsay |
| 120:9-122:2 | Hearsay; Speculation; Lack of Foundation |
| 135:5-21 | Hearsay; Lack of Foundation; Speculation |
| 138:9-18 | Speculation; Lack of Foundation |
| ==145:13-23== | ==Improper Exhibit Testimony; Lack of Foundation - sustained as to 19-23 (already sustained as to remaining lines)== |
| 157:20-158:12 | Improper Exhibit Testimony; Hearsay |
| ==161:8-20== | ==Improper Expert Opinion; Speculation; Lack of Foundation== |
| 215:8-18 | Speculation |

<u>Gator's Counter-Counter Designations</u>
34:10-17
40:2-14
59:8-21
60:19-61:14
102:11-103:4
103:11-24
120:5-8
122:13-17
136:7-13
150:23-153:2
169:11-15
170:17-171:4
171:10-13
217:8-220:14
220:24-221:9
221:11-222:19
227:5-228:4
228:10-16
239:21-25

Respectfully submitted,

 s/Ricardo A. Reyes
Ricardo A. Reyes, FBN 864056
Adrian J. Alvarez, FBN 0040565
TOBIN & REYES, P.A.
Appearing *Pro Hac Vice* for Defendant
Mizner Park Office Tower
225 N. E. Mizner Blvd., Suite 510
Boca Raton, Florida 33432
Phone: (561) 620-0656
Fax:    (561) 620-0657
eservice@tobinreyes.com
rar@tobinreyes.com
aalvarez@tobinreyes.com

<u>Local Counsel:</u>
Sanford F. Remz (BBO #549198)
Anthony B. Fioravanti (BBO# 664823)
YURKO, SALVESEN & REMZ, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108
Telephone: (617) 723-6900
Facsimile: (617) 723-6905

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 26, 2018, a true and accurate copy of the foregoing will be served via the ECF system on all counsel of record, and that any counsel not receiving electronic notifications via the ECF system will be served via first class U.S. mail, postage prepaid.

s/Ricardo A. Reyes