UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 15-13538-RGS

58 SWANSEA MALL DRIVE, LLC

v.

GATOR SWANSEA PROPERTY, LLC

JUDGMENT

December 12, 2018

STEARNS, D.J.

Judgment enters for Gator Swansea Property, LLC on all outstanding prayers for injunctive and other equitable relief. No costs or fees are awarded to either party.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE